**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JAMES ZIMMERMAN** | § | **PLAINTIFF** |
| | § | |
| **VERSUS** | § | **CAUSE NO. 1:07cv383-LG-JMR** |
| | § | |
| **RONDAL A. SPRINGSTON** | § | **DEFENDANT** |

**DEFAULT JUDGMENT**

This matter came for hearing on Plaintiff James Zimmerman's [12] Motion for Confirmation of Default as to Defendant Rondal A. Springston. The Clerk of Court entered a default against Springston on June 18, 2007. Moreover, it has been shown that Springston was duly served with the summons and a copy of the complaint on February 8, 2007, and again on April 11, 2007, and that he has failed to answer or otherwise appear in this action. Therefore, the Court finds the motion is well-taken and should be granted.

The Court further finds that Zimmerman has sustained the following damages: (1) medical expenses in the amount of Sixty-Nine Thousand Six Hundred Thirty-One dollars and Thirty-Six cents ($69,631.36), (2) lost wages in the amount of Five Thousand dollars ($5,000), and (3) pain and suffering, loss of enjoyment of life, and disfigurement in the amount of Four Hundred Twenty Thousand dollars ($420,000). Accordingly,

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff James Zimmerman's Motion for Confirmation of Default as to Defendant Rondal A. Springston [12] is **GRANTED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff James Zimmerman shall recover from Defendant Rondal A. Springston the sum of Four Hundred Ninety-Four Thousand Six

Hundred Thirty-One dollars and Thirty-Six cents ($494,631.36) in medical expenses, lost wages, pain and suffering, loss of enjoyment of life, and disfigurement.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff James Zimmerman shall recover from the Defendant Rondal A. Springston post judgment interest on the total sum, at 2.31 percent, until paid in full.

**IT IS FURTHER ORDERED AND ADJUDGED** that execution or other appropriate process may issue for collection of this judgment.

**SO ORDERED AND ADJUDGED** this the 28th day of January, 2008.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE